NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE BEARDEN,**

*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

*Respondent*

---

2024-1491

---

Petition for review of the Merit Systems Protection Board in No. DC-844E-21-0215-I-2.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                       BEARDEN V. OPM

accordance with the rules.


FOR THE COURT


March 22, 2024                          Jarrett B. Perlow
     Date                                Clerk of Court


**ISSUED AS A MANDATE:** March 22, 2024